**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 14 2014

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - LD

☐ Check if this is an amended filing

**Fill in this information to identify your case:**

Debtor 1: Amber L Rucker
  First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: ILLINOIS    District of NORTHERN

Case number
(If known):

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Tell the Court About Your Family and Your Family's Income**

1. **What is the size of your family?**
   Your family includes you, your spouse, and any dependents listed on *Schedule J: Current Expenditures of Individual Debtor(s)* (Official Form B 6J).

   Check all that apply:
   ☑ You
   ☐ Your spouse
   ☑ Your dependents    1
       How many dependents?

   2
   Total number of people

2. **Fill in your family's average monthly income.**
   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.
   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   If you have already filled out *Schedule I: Your Income,* see line 10 of that schedule.

   That person's average monthly net income (take-home pay)

   You.................. $ $1617.20
   Your spouse ... + $_____ $
   Subtotal............ $ $1617.20

   Subtract any non-cash governmental assistance that you included above.
                                                                      − $_____ $

   Your family's average monthly net income    Total................. $ $1617.20

3. **Do you receive non-cash governmental assistance?**
   ☑ No
   ☐ Yes. Describe..........
   Type of assistance

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain. ............

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 1

Debtor 1   Amber L Rucker
           First Name    Middle Name    Last Name

Case number (if known)_____

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.    $ $1761.00

   If you have already filled out *Schedule J, Your Expenses*, copy line 22 from that form.

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   ☑ No
   ☐ Yes. Identify who........

8. **Does anyone other than you regularly pay any of these expenses?**
   ☑ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ $ monthly

   If you have already filled out *Schedule I: Your Income*, copy the total from line 11.

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain...............

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B)*, attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    Cash:    $ $0.00

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | | $_____ $ |
    | Savings account: | | $_____ $ |
    | Other financial accounts: | | $_____ $ |
    | Other financial accounts: | | $_____ $ |

12. **Your home?** (if you own it outright or are purchasing it)
    *Examples:* House, condominium, manufactured home, or mobile home

    Number  Street _____   Current value: $_____ $
    City _____ State ____ ZIP Code ____   Amount you owe on mortgage and liens: $_____ $

13. **Other real estate?**

    Number  Street _____   Current value: $_____ $
    City _____ State ____ ZIP Code ____   Amount you owe on mortgage and liens: $_____ $

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

    Make: Jeep
    Model: Liberty
    Year: 2003
    Mileage: 107,570
    Current value: $ $1500.00
    Amount you owe on liens: $ $0.00

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____
    Current value: $_____ $
    Amount you owe on liens: $_____ $

Debtor 1 __Amber L Rucker_____   Case number (if known)_____
         First Name  Middle Name  Last Name

15. **Other assets?**   **Describe the other assets:**   Current value: $_____ $
    Do not include household items   [                          ]   Amount you owe $_____ $
    and clothing.                                                   on liens:

16. **Money or property due you?**   **Who owes you the money or property?**   **How much is owed?**   **Do you believe you will likely receive payment in the next 180 days?**
    *Examples:* Tax refunds, past due   _____   $_____ $   ☐ No
    or lump sum alimony, spousal       _____   $_____ $   ☐ Yes. Explain:
    support, child support,
    maintenance, divorce or property                                              [                    ]
    settlements, Social Security
    benefits, Workers' compensation,
    personal injury recovery

### Part 4: Answer These Additional Questions

17. **Have you paid anyone for services for this case, including filing out this application, the bankruptcy filing package, or the schedules?**
    ☐ No
    ☑ Yes. **Whom did you pay?** *Check all that apply:*
      ☐ An attorney
      ☑ A bankruptcy petition preparer, paralegal, or typing service
      ☐ Someone else _____
    **How much did you pay?**
    $_____ $97.00

18. **Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**
    ☑ No
    ☐ Yes. **Whom do you expect to pay?** *Check all that apply:*
      ☐ An attorney
      ☐ A bankruptcy petition preparer, paralegal, or typing service
      ☐ Someone else _____
    **How much do you expect to pay?**
    $_____ $

19. **Has anyone paid someone on your behalf for services for this case?**
    ☑ No
    ☐ Yes. **Who was paid on your behalf?** *Check all that apply:*
      ☐ An attorney
      ☐ A bankruptcy petition preparer, paralegal, or typing service
      ☐ Someone else _____
    **Who paid?** *Check all that apply:*
      ☐ Parent
      ☐ Brother or sister
      ☐ Friend
      ☐ Pastor or clergy
      ☐ Someone else _____
    **How much did someone else pay?**
    $_____ $

20. **Have you filed for bankruptcy within the last 8 years?**
    ☑ No
    ☐ Yes. District _____ When _____ Case number _____
                                          MM/DD/YYYY
           District _____ When _____ Case number _____
                                          MM/DD/YYYY
           District _____ When _____ Case number _____
                                          MM/DD/YYYY

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

× *Amber Rucker* _____   × _____
Signature of Debtor 1               Signature of Debtor 2

Date 05/14/2014                     Date _____
     MM / DD / YYYY                      MM / DD / YYYY